

**RECEIVED**

JUN 27 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:18-CR-139 |
| ) | |
| v. ) | INDICTMENT |
| ) | T. 21 U.S.C. § 841(a)(1) |
| ALEJANDRO SANDOVAL, ) | T. 21 U.S.C. § 841(b)(1)(A) |
| ) | T. 21 U.S.C. § 853 |
| Defendant. ) | |
| ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**

On or about March 17, 2018, in the Southern District of Iowa, the defendant, ALEJANDRO SANDOVAL, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, and 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER FINDS:**

### NOTICE OF FORFEITURE

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, as set forth in Count 1 of this Indictment, the defendant, ALEJANDRO SANDOVAL, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of an offense

alleged in the Count listed above in this Indictment; and any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of an offense alleged in the Count listed above in this Indictment. This property includes approximately $3,707.20 in United States currency seized from the defendant's person, on or about March 17, 2018.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Kristin M. Herrera
Special Assistant United States Attorney